Beth S. Rose, Esq.
Vincent Lodato, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
*Attorneys for Defendant*
*Amazon.com, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZACHARY PAPATAROS, a minor, by his g/a/l NICOLE PAPATAROS,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., LERAY GROUP LTD., COOLREALL TECHNOLOGY d/b/a COOLREALL, "ABC CORP. 1-5," "DEF CORP. 1-5" (being fictitious designations),<br><br>Defendants. | **\*\*\* ORDER \*\*\***<br><br>Civil Action No. 2:17-cv-9836 (KM)(MAH)<br><br>**SO ORDERED.**<br><br>**s/ Kevin McNulty**<br>**Hon. Kevin McNulty**<br>**U.S. District Judge**<br>**Date: 12/14/2021** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The matter in the above-entitled action having been amicably resolved by and among Plaintiff Zachary Papataros by his guardian ad litem Nicole Papataros, and Defendant Amazon.com, Inc., it is hereby stipulated and agreed that this action be dismissed in its entirety, with prejudice, and without costs or admissions against any party.

| | |
|---|---|
| Brian A Klein, Esq.<br>LAW OFFICE OF ROSEMARIE ARNOLD<br>*Counsel for Plaintiff* | Vincent Lodato, Esq.<br>SILLS CUMMIS & GROSS P.C.<br>*Attorneys for Defendant Amazon.com, Inc.* |
| By: *s/ Brian A. Klein*<br>     BRIAN A. KLEIN | By: *s/ Vincent Lodato*<br>     VINCENT LODATO |

DATED: December 13, 2021